UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BYRON L. PETERS,

                Plaintiff,

   v.

RICHARD ALLEN PETERS,

                Defendant.

Case No. C21-0955-RSM

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

      Dated this 20th day of July, 2021.

                                               *S. Kate Vaughan*
                                               S. KATE VAUGHAN
                                               United States Magistrate Judge

- 1